CJB:kmm:San Diego
4/11/08

FILED
APR 2 4 2008

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 1291 BTM |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JOSE CARRILLO-BUCIO, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

### Count 1

On or about _July 2005_, within the Southern District of California, defendant JOSE CARRILLO-BUCIO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

<pre>
 1                           Count 2
 2      On or about January 13, 2008, within the Southern District of
 3 California, defendant JOSE CARRILLO-BUCIO, being an alien, unlawfully
 4 entered or attempted to enter the United States at a time and place
 5 other than as designated by immigration officers, and eluded
 6 examination and inspection by immigration officers, and attempted to
 7 enter or obtained entry to the United States by a willfully false or
 8 misleading representation or the willful concealment of a material
 9 fact and previously committed the offense of illegal entry, as alleged
10 in Count 1; all in violation of Title 8, United States Code,
11 Section 1325, a felony.
12      DATED:  4/24/08  .
13
                                    KAREN P. HEWITT
14                                  United States Attorney
15
                                    for CARLA J. BRESSLER
16                                  Assistant U.S. Attorney
</pre>